AUSA: Ranya Elzein Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: David Alley Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Luis Ramirez-Colunga

Case No. Case: 2:26−mj−30667
Assigned To : Unassigned
Assign. Date : 10/21/2026
Description: CMP USA V. RAMIREZ−COLUNGA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 8, 2026 - April 18, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2251 | Sexual Exploitation of Children. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

David Alley, Special Agent- HSI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 21, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR AN ARREST WARRANT**

I, David M Alley, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security. I am assigned to the Special Agent in Charge, Office of Investigations, Detroit, Michigan. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training at FLETC, Advanced Computer Evidence Recovery Training at the HSI Cyber Crimes Center, and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics certification.

2. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have

gained experience through training and everyday work relating to conducting these types of investigations. I have received training in child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

3. I submit this affidavit in support of a criminal complaint and arrest warrant for Luis RAMIREZ-COLUNGA (DOB XX/XX/2006) for violations 18 U.S.C § 2251 - Sexual Exploitation of Children (and attempt). This affidavit is based on my personal knowledge, experience and training. The information contained herein was obtained through investigative observations, conversations with other HSI agents, and agents from other law enforcement agencies.

4. This affidavit does not set forth every fact known to law enforcement related to this investigation. Rather, it contains a summary of the investigation for the limited purpose of establishing probable cause to obtain an arrest warrant for Luis RAMIREZ-COLUNGA.

## PROBABLE CAUSE

5. On May 1, 2026, an officer with the Gibraltar Police Department received information that a juvenile male was in a relationship with MV-1. They were sexting over Snapchat, Instagram and Roblox. MV-1 is a real person, whose identity is known to me, born in 2012. Gibraltar is located within the Eastern District of Michigan.

6. During a forensic interview, MV-1 reported she had online friends in Texas, including a person named "Luis." In the summer of 2025, MV- 1, Luis, and other friends would play Fortnite and Facetime together. The interviewer asked MV-1 if she had sent videos to anyone other than the juvenile male. MV-1 responded that she had not. When asked if the answer was "no" or "you don't think so," MV-1 stated, "I don't think so."

7. MV-1 stated that she had used her cellular phone to produce images. Gibraltar police obtained a search warrant for MV-1's cellular phone. During a review of MV-1's cellular phone, a Gibraltar police officer observed sexually explicit communications between MV-1 and a male using a phone number ending in 1812. The phone also contained videos of a female masturbating, engaging in a sexual act with a dog,

and a message depicting a male masturbating. The officer contacted a special agent with HSI Detroit. Thereafter, HSI Detroit received the forensic extraction of MV-1's cellular phone for further analysis.

8. HSI Detroit special agents reviewed the text communications between MV-1 and the 1812 number and determined the phone number was associated with RAMIREZ-COLUNGA. Further, RAMIEREZ-COLUNUGA is in the army and currently stationed in Fort Bragg, North Carolina. According to military records provided by the Department of the Army Criminal Investigation Division, RAMIREZ-COLUNGA provided the 1812 number, as well as email address L******6@gmail.com, as his own. As explained below, while communicating with MV-1 in April 2026, the user of the 1812 number provided MV-1 with his email address, L******6@gmail.com. Further, according to records observed in a Customs and Broder Protection electronic system, the 1812 number was associated with a package, received by a Luis Ramirez, at an address in Fort Bragg, North Carolina.

9. The text communications between MV-1 and RAMIREZ-COLUNGA, on April 8, 2026, include the following:

| | |
|---|---|
| MV-1 | Can I See A Picture Of Ur Face Againnn |
| MV-1 | *emoji of hands together* *emoji of hands together* |
| RAMIREZ-COLUNGA | *sends an image of a male wearing a United States Army uniform with his bicep raised. The uniform has a name patch that reads “RAMIREZ.” This image appears to have been taken in a private room with posters and artwork in the background. |
| [.....] | |
| RAMIREZ-COLUNGA | I wanna see the puppy lick ur pussy and u fingering ;-; |
| MV-1 | I’ll Send U Videos. I Cant Call |
| RAMIREZ-COLUNGA | Okiii |
| RAMIREZ-COLUNGA | That works >:3 if u can make em longish I luve u thanks u babiessss :3 |
| MV-1 | *sends a one minute, eighteen second video depicting a female masturbating. The video is close up on the female’s bare vagina. During this video, a small dog is observed licking the female’s bare vagina* |
| RAMIREZ-COLUNGA | The amount of cum is actually kina cool it’s all over the floor *crying emoji* u can’t see it cause it’s transparent in the vid *crying emoji* |
| RAMIREZ-COLUNGA | *sends a 34 second video depicting a male masturbating* |
| RAMIREZ-COLUNGA | *replying to the video sent by MV-1* God ur so fucking hot I love it |

10. On April 15, 2026, MV-1 asked RAMIREZ-COLUNGA for his "gmail," and he responded with, L******6@gmail.com, the same email address listed in his military records.

11. On April 17, 2026, MV-1 texted RAMIREZ-COLUNGA and apologized for lying to him about her age. She told RAMIREZ-COLUNGA that she was turning 14 years old. He responded by telling her that they needed to be more secretive about their relationship. Later in the conversation, he asked her to insert her finger into her vagina before she left for school that morning and discussed them each engaging in other sexual acts after she returned from school.

12. On April 18, 2026, RAMIREZ-COLUNGA texted MV-1, asking her to insert her finger into her vagina for him. In response, MV- 1 sent him a one minute and ten second video depicting a female masturbating. Her bare vagina is visible in this video. During this video, a dog licks her bare vagina.

13. A review of media sent from MV-1 to RAMIREZ-COLUNGA showed that, between April 8, 2026 and April 18, 2026, MV-1 sent RAMIREZ-COLUNGA approximately 17 sexually explicit videos. MV-1

and RAMIREZ-COLUNGA continued communicating until approximately April 30, 2026.

14. On October 14, 2026, officials with MV-1's school provided HSI Detroit with a thumb drive containing emails from MV-1 to RAMIREZ-COLUNGA. RAMIREZ-COLUNGA's display name on these emails identifies him as "Luis Ramirez."

15. Based on this and other information, HSI Agents assigned to the Raleigh, North Carolina office, sought and obtained a search warrant for RAMIREZ-COLUNGA's person and residence. On October 21, 2026, these warrants were executed by HSI Agents and other law enforcement partners. During the execution of these warrants, RAMIREZ-COLUNGA was presented and agreed to an interview. RAMIREZ-COLUNGA made the following non verbatim, post-*Miranda* statements:

a. RAMIREZ-COLUNGA confirmed his phone number as XXX-XXX-1812 and his email address as L******6@gmail.com.

b. When asked if he was talking to "one person" he should not be talking to or to "ten kids," RAMIREZ-

COLUNGA stated that he was only talking to "one person."

c. When asked about the person he was talking to (hereafter MV-1), RAMIREZ-COLUNGA stated that he met her on Discord and she initially told him that she was 16 or 17.

d. MV-1 initially sent him pictures of herself that eventually became more explicit. RAMIREZ-COLUNGA stated that these images involved nudity and masturbation.

e. When asked if the pictures were sent after she told him she was 16 or 17, RAMIREZ-COLUNGA responded in the affirmative. RAMIREZ-COLUNGA explained he sent her "stuff" to include nude images and masturbation.

f. He also spoke with MV-1 on Instagram, and stated she may have sent him nude images there as well; "I'm not 100 percent sure" but that he thought so. RAMIREZ-

COLUNGA stated that he believed these conversations began in March or April of 2026.

g. MV-1 eventually told him that she was 14 and stated that, at first, he was shocked but later thought "I guess I can go with this as a relationship."

h. RAMIREZ-COLUNGA admitted to engaging in "explicit" live chats with MV-1, to include live chats in which they were "maybe" both masturbating.

i. RAMIREZ-COLUNGA stated this happened "a good amount of times" and when asked to explain what "explicit stuff" meant, RAMIREZ-COLUNGA stated "masturbation."

j. RAMIREZ-COLUNGA estimated that the last chat of this nature with MV-1 was a couple of weeks ago.

k. RAMIREZ-COLUNGA admitted to recording these live chats and stated they would be saved in the gallery of his phone.

l. When asked about the video involving MV-1 and her dog, RAMIREZ-COLUNGA stated that he was not

initially expecting a video of that nature. When asked how many times he asked her to "do stuff with the dog," RAMIREZ-COLUNGA said a couple of times. RAMIREZ-COLUNGA stated he would have the dog lick her "areas," to include her vagina. RAMIREZ-COLUNGA stated that she was nude at this time. RAMIREZ-COLUNGA admitted to saving these videos as well.

m. RAMIREZ-COLUNGA admitted to sending an image of MV-1 in her underwear to another individual on Discord but stated that he did not receive child pornography in return.

n. RAMIREZ-COLUNGA stated that he had downloaded child pornography via Twitter. RAMIREZ-COLUNGA could not recall the ages of the child depicted in the child pornography but that it would be on his computer.

## CONCLUSION

16. Probable cause exists Luis RAMIREZ-COLUNGA (DOB XX/XX/2006) committed violations of 18 U.S.C § 2251 - Sexual Exploitation of Children. I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Luis RAMIREZ-COLUNGA.

Respectfully submitted,

Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date: October 21, 2026